(C.D. 3777)

THE BAYLIS BROTHERS CO. *v.* UNITED STATES

United States Customs Court, Third Division

(Decided April 14, 1969)

*Sharretts, Paley, Carter, & Blauvelt* for the plaintiff.
*William D. Ruckelshaus*, Assistant Attorney General, for the defendant.

Before RICHARDSON, LANDIS, and ROSENSTEIN, Judges

RICHARDSON, Judge: Defendant having moved for a dismissal of the protests in these cases on the ground of lack of prosecution and untimeliness upon the call of the calendar at San Juan, Puerto Rico, on February 18, 1969, and the court having granted defendant's motion to dismiss for untimeliness, it is, therefore,

ORDERED that the protests herein be, and the same hereby are, dismissed for untimeliness.